### In re SIEMENS WATER TECHNOLOGIES HOLDING CORP.

No. 2008–1446.

United States Court of Appeals, Federal Circuit.

April 10, 2009.

Rehearing Denied June 9, 2009.

Aaron W. Moore, Lowrie, Lando & Anastasi, LLP, of Cambridge, Massachusetts, argued for appellant. With him on

the brief were Peter C. Lando, Matthew B. Lowrie, and Nicole A. Palmer.

Thomas W. Krause, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor and Nathan K. Kelley, Associate Solicitor.

Before BRYSON, CLEVENGER, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36.